JOHN D. FORSYTH (CSBN 178341)
Law Office of John D. Forsyth
2431 Fillmore Street
San Francisco, California 94115
Telephone: 415-401-0729
Facsimile: 415-401-7609
E-Mail: sotts@earthlink.net

Attorney for Defendant
GREGORY KITTLING

FILED
FEB 7 - 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
FEB 05 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

v.

GREGORY KITTLING

Defendants

CASE NO. CR 3:13-MJ-70956 JSW

**STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER OF TIME UNDER RULE 5.1 AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

The parties, John D. Forsyth, Esq.on behalf of the defendant, GREGORY KITTLING, and Assistant United States Attorney Damali A. Taylor on behalf of the United States hereby request that the current February 14, 2014 date for preliminary hearing be continued until March 7, 2014 so that defense counsel and the government may review the voluminous discovery in this case and review a recently provided neuro-psychological examination and evaluation of the defendant by Amanda Gregory, Ph.D. The parties further request that, given the need to gather and examine discovery, time continue to be excluded under both Rule 5.1 and the Speedy Trial Act until March 7, 2014. Additional time is necessary review the evidence and investigate this case and it is in the best interest of the defendant to do so before formal charges are filed. In addition, defense counsel is expected to be in trial in

Mendocino County on another matter during this time. The government agrees. To date, no time has elapsed under either Rule 5.1 or the Speedy Trial Act. Accordingly, pursuant to Federal Rule of Criminal Procedure 5.1, the Court would now be required to conduct a preliminary hearing on or before March 7, unless, inter alia, the defendant, who is in custody, waives the preliminary hearing or is indicted.

The parties agree that the ends of justice are served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. section 3161(h)(7)(A).

Dated: February 4, 2014

SO STIPULATED:

JOHN FORSYTH
Counsel for GREGORY KITTLING

SO STIPULATED:

MELINDA HAAG
U.S. Attorney

/s/

DAMALI A. TAYLOR
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the date for preliminary hearing in this matter is re-set to March 7, 2014 at 9:30 a.m. unless, inter alia, the defendant, who is in custody, waives the preliminary hearing or is indicted. The Court finds that good cause is shown for extending the time limits set forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time through and including March 7, 2014, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161 (h)(7)(B)(iv). The Court also finds that the ends of justice served by an exclusion of time through and including March 7, 2014 outweigh the best interest of the public and the defendant in a speedy trial. Id. section 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 2-7-14

~~ELIZABETH D. LAPORTE~~
United States Magistrate Judge

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE